381 A.2d 912

Pepe, Appellant, v. Plachter-Serubo Cadillac Co., et al.

Argued September 12, 1977.   Michael J. Pepe, Jr., appellant, *in propria persona* ;   Harvey A. Sernovitz, with him Stephen A. Seidel, for appellee, Plachter-Serubo;   Bernard E. Zbrzeznj, with him Dilworth, Paxson, Kalish, Levy & Kauffman, for appellee, Lincoln Bank.

Decree affirmed.